# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Caesars Entertainment Operating Company, Inc., et al

    Plaintiff,

v.

Case No.: 1:15−cv−06504

Honorable Robert W. Gettleman

BOKF, N.A.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2015:

    MINUTE entry before the Honorable Robert W. Gettleman: Motion hearingheld on 8/4/2015. Motion to expedite [6] is granted. Debtor's brief is due by 87/2015. Appellee's brief is due by 9/2/2015. Reply brief is due by 9/9/2015. Status hearing and argument set for 9/29/2015 at 10:00 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.